UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ROBERT STRICKLAND, JR., | ) | No. EDCV 00-246-VAP (CW) |
| Petitioner, | ) | JUDGMENT |
| v. | ) | |
| LARRY SMALL (Warden), | ) | |
| Respondent. | ) | |

IT IS ADJUDGED that the petition for writ of habeas corpus is denied and the action dismissed with prejudice.

DATED: July 14, 2008

_____
VIRGINIA A. PHILLIPS
United States District Judge